UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:<br><br>CATHERINE L KANIA<br><br><br>Debtor. | CASE: BL-20-02622<br>CHAPTER 13<br>Hon. JAMES W. BOYD<br>Filed: August 12, 2020 |

## AFFIDAVIT AND NOTICE OF DEFAULT

1. On the July 21, 2021 Court issued an Order Approving First Post-Confirmation Amendment to Chapter 13 Plan.

2. That the Debtor failed to post $435.50 with the trustee books on or before September 10, 2021.

3. Pursuant to the terms of the Order Approving First Post-Confirmation Amendment to Chapter 13 Plan the Trustee requests the Order Dismissing this case be entered.


Dated: September 13, 2021                /s/ Barbara P. Foley
                                         Affiant on behalf of
                                         Barbara P. Foley, Chapter 13 Trustee
                                         Po Box 51109
                                         Kalamazoo, Mi  49005
                                         (269)343-0305